1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287–Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8

9
                    UNITED STATES DISTRICT COURT
10
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

| F. G. CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, et al. | Case No.:  C10-1110 SC |
|---|---|
| Plaintiffs, | **JOINT CASE MANAGEMENT STATEMENT and JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER THEREON** |
| v. | |
| CRUZ EXCAVATING, INC., a California Corporation; STEVEN BELMIRO CRUZ, an Individual; ZEPHYR COMPANIES, INC. *aka* ZEPHYR COMPANIES BMP'S & DEFENSIBLE SPACE *aka* CRUZ EXCAVATING, INC., a California Corporation; and SCOTT DAVID FREIDUS, an Individual, | Date:      September 17, 2010 |
| | Time:     10:00 a.m. |
| | Ctrm:     1, 17th Floor |
| Defendants. | Judge:    The Honorable Samuel Conti |

The parties herein respectfully submit their Joint Case Management Statement and Joint request to continue the Case Management Conference, currently on calendar for September 17, 2010, for approximately 120 days.

1.      As the Court's records will reflect, this action was filed on March 16, 2010 against Defendants Cruz Excavating, Inc. ('Cruz Excavating') and Steven Belmiro Cruz ('Cruz'). Service on Defendant Cruz was effectuated on March 24, 2010, and service on Defendant Cruz Excavating

1   was effectuated on March 31, 2010.  A Proof of Service of Summons was filed with the Court on

2   April 20, 2010.

3       2.      An Amended Complaint was filed on June 4, 2010, adding Zephyr Companies, Inc.

4   *aka* Zephyr Companies BMP's & Defensible Space *aka* Cruz Excavating, Inc. ('Zephyr') and Scott

5   David Freidus ('Freidus') as Defendants.

6       3.      On September 2, 2010, Defendants filed an Answer to the Complaint.

7       4.      On September 9, 2010, the case was referred to Mediation, pursuant to the Court's

8   Order. [*see* Docket No. 19]

9       5.      Accordingly, the parties herein respectfully request that the Case Management

10  Conference, currently scheduled for September 17, 2010, be continued for 120 days to allow for

11  the Mediation to place with the goal of resolving this matter without the further intervention of the

12  Court.

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1     6.    There are no issues that need to be addressed by the parties at the currently

2   scheduled Case Management Conference.  In the interest of conserving costs as well as the Court's

3   time and resources, the parties respectfully request that the Court continue the currently scheduled

4   Case Management Conference.

5       Respectfully submitted

6   Dated: September 13, 2010           **SALTZMAN & JOHNSON**
                                    **LAW CORPORATION**

7

8                                 By:  /S/Michele R. Stafford

9                                     Michele R. Stafford
                                  Attorneys for Plaintiffs

10

11  Dated: September 13, 2010           **LAW OFFICE OF JASON**
                                    **GUINASSO, LTD.**

12

13                                /S/Jason D. Guinasso

14                                    Jason D. Guinasso
                                  Attorneys for Defendants

15

16  IT IS SO ORDERED.

17      Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case
Management Conference is hereby continued to ~~January 14, 2011~~ or  1/7/11 , and all

18  previously vacated deadlines and dates related to this case may be reset at that Conference.

19  *this is LAST extension*

20  Date: Sept 14/10

                             THE HONORABLE SAMUEL CONTI

21                               SENIOR JUDGE
                             UNITED STATES DISTRICT COURT

22

23

24

25

26

27

28
**JOINT CASE MANAGEMENT STATEMENT and
JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE;
and [PROPOSED] THEREON
Case No.: C10-1110 SC**
P:\CLIENTS\OE3CL\Cruz Excavating\Pleadings\C10-1110 SC Joint CMC Statement and Request to Continue 091310.DOC