Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287–Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

Jason D. Guinasso
Law Office of Jason Guinasso, Ltd.
10425 Double R. Blvd.
Reno, NV 89521
(775) 853-8746
(775) 201-9611–Facsimile
Jason@guinassolaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. G. CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br>v.<br><br>CRUZ EXCAVATING, INC., a California Corporation; STEVEN BELMIRO CRUZ, an Individual; ZEPHYR COMPANIES, INC. *aka* ZEPHYR COMPANIES BMPS & DEFENSIBLE SPACE *aka* CRUZ EXCAVATING, INC., a California Corporation; and SCOTT DAVID FREIDUS, an Individual,<br><br>Defendants. | Case No.: C10-1110 SC<br><br>**STIPULATION TO EXTEND MEDIATION DEADLINE** |

The parties to the above-entitled action hereby stipulate to extend the deadline for mediation for the following reasons:

1.       1.       An initial telephone conference with Mediator Arthur R. Siegel occurred on October 4, 2010. During the conference call, a Mediation date of February 2, 2011 was set, pending the Court's approval. The current mediation deadline is December 8, 2010.

2.       The parties are currently exchanging documents and other information, and require additional time to exchange and review additional documents in the attempt to resolve this matter without the further intervention of the Court.

3.       In order to allow the mediation hearing to occur on February 2, 2011 as tentatively scheduled, the parties respectfully request that the mediation deadline be extended to February 23, 2011. An extension of the mediation deadline will allow negotiations between the parties to continue.

Respectfully submitted,

Dated: October 6, 2010

**SALTZMAN & JOHNSON LAW CORPORATION**

By:  /S/Michele R. Stafford
Michele R. Stafford
Attorneys for Plaintiffs

Dated: October 6, 2010

**LAW OFFICE OF JASON GUINASSO, LTD.**

By:  /S/ Jason D. Guinasso
Jason D. Guinasso
Attorneys for Defendants

*[handwritten: this is LAST Extension]*

ORDER

Good cause appearing, the mediation deadline is extended to February 23, 2011.

IT IS SO ORDERED.

Dated: 11/8/10

THE HONORABLE SAMUEL CONTI
SENIOR JUDGE
UNITED STATES DISTRICT COURT JUDGE

-2-
STIPULATION TO EXTEND MEDIATION DEADLINE
and [PROPOSED] THEREON
Case No.: C10-1110 SC
P:\CLIENTS\OE3CL\Cruz Excavating\Pleadings\C10-1110 SC Stipulation to Extend Mediation Deadline 100510.DOC